|   |   |
|---|---|
| 1 | **THE AGUILERA LAW GROUP, APLC** |
|   | A. Eric Aguilera (SBN 192390) |
| 2 | Kimberly R. Arnal (SBN 200448) |
|   | 650 Town Center Drive |
| 3 | Suite 100 |
| 4 | Costa Mesa, CA 92626 |
|   | T: 714.384-6600 / F: 714.384.6601 |
| 5 | eaguilera@aguileragroup.com |
|   | karnal@aguileragroup.com |
| 6 |   |
| 7 | Attorneys for Plaintiff |
|   | ST. PAUL FIRE & MARINE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation | Case No. CV-13-2047-HSG |
|---|---|
|   | [Assigned to Hon. Hayward S. Gilliam, Jr. – Courtroom 15 – 18th Floor] |
| Plaintiff, |   |
|   | **STIPULATION TO DISMISS DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY UNDER FRCP RULE 41(a)(1); ORDER** |
| v. |   |
| AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware Limited Liability Company; THE OVERLOOK AT SANTA ROSA, LLC, a Delaware Limited Liability Company; TRP- |   |

| | |
|---|---|
| SANTA ROSA-102-OVERLOOK, LLC, a California Limited liability Company; ZURICH AMERICAN INSURANCE COMPANY, A New York Corporation; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　Defendants. | |

**WHEREAS,** Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") and Defendant American Safety Indemnity Company ("American Safety") have reached a settlement;

**WHEREAS,** Plaintiff St. Paul wishes to dismiss, without prejudice, Defendant American Safety;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff St. Paul and Defendant American Safety, that American Safety be and is hereby dismissed without prejudice from the above-entitled action pursuant to FRCP 41(a)(1).

Both Plaintiff St. Paul and Defendant American Safety further agree to waive any claim for costs they might have against each other associated with the present action.

Dated:  March 13, 2015              **AGUILERA LAW GROUP APLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Kimberly R. Arnal*
　　　　　　　　　　　　　　　　　　　A. Eric Aguilera, Esq.
　　　　　　　　　　　　　　　　　　　Kimberly R. Arnal, Esq.
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff St. Paul Fire & Marine Insurance Company


Dated:  March 13, 2015              **BOORNAZIAN JENSEN & GARTHE**

　　　　　　　　　　　　　　　　　　　　*/s/ Alan E. Swerdlow*
　　　　　　　　　　　　　　　　　　　Alan E. Swerdlow
　　　　　　　　　　　　　　　　　　　Counsel for Defendant American Safety Indemnity Company

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 16, 2015

_____
Honorable Haywood S. Gilliam, Jr.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the City of Los Angeles, County of Los Angeles in the State of California. I am over the age of 18 and am not a party to the within action. My business address is 444 South Flower Street, Suite 2300, Los Angeles, California 90071. On **_March 16, 2015_**, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:    **STIPULATION TO DISMISS DEFENDANT AMERICAN SAFETY INSURANCE COMPANY UNDER FRCP RULE 41(a)(1); [PROPOSED] ORDER**

☐ (BY MAIL) I confirm that each such envelope, with postage thereon fully prepaid, has been or will be placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of The Aguilera Law Group, APLC, for collection and processing of correspondence and/or documents for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of the Aguilera Law Group, APLC, for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein have been or will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery. A confirmation of which is available upon request.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **_March 16, 2015_**, at Los Angeles, California.

                                      _/s/ Judy Jaramillo_
                                      Judy Jaramillo