UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  13-cv-02047-HSG<br><br>**ORDER DISMISSING DEFENDANT NATIONAL FIRE & MARINE INSURANCE COMPANY UNDER FRCP RULE 41(A)(2)**<br><br>Re: Dkt. No. 151 |

On March 24, 2015, Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") and Defendant National Fire & Marine Insurance Company ("National Fire & Marine") notified the Court that they had reached a settlement in the above-captioned action and requested permission for St. Paul to dismiss National Fire & Marine without prejudice pursuant to FRCP 41(a)(1).  *See* Dkt. No. 151.

However, because National Fire & Marine has answered the complaint, *see* Dkt. No. 20, and not all parties appearing in this action have stipulated to National Fire & Marine's dismissal, *see* Dkt. No. 151, the parties' request is more appropriately considered under FRCP 41(a)(2). Good cause appearing, National Fire & Marine is hereby dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(2).  Each party will bear its own costs.

**IT IS SO ORDERED.**

Dated: March 25, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge