SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
ELISABETH M. D'AGOSTINO (SBN 251179)
edagostino@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Defendant NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>    Defendants. | Case No. 3:13-cv-2047-HSG<br><br>ORDER TO DISMISS DEFENDANT NAUTILUS INSURANCE COMPANY<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |
|---|---|

Pursuant to the stipulation of Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY and Defendant NAUTILUS INSURANCE COMPANY ("Nautilus") and good cause existing therefor,

IT IS HEREBY ORDERED that defendant NAUTILUS is dismissed without prejudice, with each party to bear their own fees and costs.

DATED: May 1, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE

1

[PROPOSED] ORDER TO DISMISS DEFENDANT NAUTILUS INSURANCE COMPANY
3:13-cv-2047-HSG

613175.1 3891.34878