1  **THE AGUILERA LAW GROUP, APLC**
   A. Eric Aguilera (SBN 192390)
2  Kimberly R. Arnal (SBN 200448)
   650 Town Center Drive
3  Suite 100
   Costa Mesa, CA 92626
4  T: 714.384-6600 / F: 714.384.6601
   eaguilera@aguileragroup.com
5  karnal@aguileragroup.com
6
   Attorneys for Plaintiff
7  ST. PAUL FIRE & MARINE INSURANCE COMPANY
8
9              **UNITED STATES DISTRICT COURT**
10     **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**
11
12 | ST. PAUL FIRE & MARINE INSURANCE | Case No.  CV-13-2047-HSG |
13 | COMPANY, a Minnesota corporation | [Assigned to Hon. **Haywood** S. Gilliam, Jr. – Courtroom 15 – 18th Floor] |

   ST. PAUL FIRE & MARINE INSURANCE
   COMPANY, a Minnesota corporation

                  Plaintiff,

13
               Case No.  CV-13-2047-HSG
               [Assigned to Hon. **Haywood** S. Gilliam, Jr. –
               Courtroom 15 – 18th Floor]

14             Plaintiff,

15             v.                       **STIPULATION TO DISMISS
                                        DEFENDANT EVEREST NATIONAL
                                        INSURANCE COMPANY UNDER FRCP
16  AMERICAN SAFETY INDEMNITY           RULE 41(a)(1); ORDER**
    COMPANY, an Oklahoma corporation;
17  ARCH SPECIALTY INSURANCE
    COMPANY, a Nebraska corporation;
18  EVEREST NATIONAL INSURANCE
    COMPANY, a Delaware corporation; FIRST
19  SPECIALTY INSURANCE
    CORPORATION, a Missouri corporation;
20  LEXINGTON INSURANCE COMPANY, a
    Delaware corporation; NATIONAL FIRE
21  INSURANCE COMPANY OF HARTFORD,
    an Illinois corporation; NATIONAL FIRE &
22  MARINE INSURANCE COMPANY, a
    Nebraska corporation; NATIONAL UNION
23  FIRE INSURANCE COMPANY OF
    PITTSBURGH, PA, a Pennsylvania
24  corporation; NAUTILUS INSURANCE
    COMPANY, an Arizona corporation;
25  SCOTTSDALE INSURANCE COMPANY,
    an Ohio corporation; STRS OHIO CA REAL
26  ESTATE INVESTMENT I, LLC, a Delaware
    Limited Liability Company; THE
27  OVERLOOK AT SANTA ROSA, LLC, a
    Delaware Limited Liability Company; TRP-
28

                                         1

1
2
3
SANTA ROSA-102-OVERLOOK, LLC, a
California Limited liability Company;
ZURICH AMERICAN INSURANCE
COMPANY, A New York Corporation; and
DOES 1 through 10 inclusive,

4
        Defendants.

5
6
7
      **WHEREAS,** Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") and

8
Defendant Everest National Insurance Company ("Everest") have reached a settlement;

9
      **WHEREAS,** Plaintiff St. Paul wishes to dismiss, without prejudice, Defendant Everest;

10
      **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff St. Paul

11
and Defendant Everest, that Everest be and is hereby dismissed without prejudice from the above-

12
entitled action pursuant to FRCP 41(a)(1).

13
      Both Plaintiff St. Paul and Defendant Everest further agree to waive any claim for costs they

14
might have against each other associated with the present action.

15
16
Dated:  May 13, 2015          **AGUILERA LAW GROUP APLC**

17
                */s/ Kimberly R. Arnal*

18
         A. Eric Aguilera, Esq.
         Kimberly R. Arnal, Esq.

19
         Counsel for Plaintiff St. Paul Fire & Marine

20
         Insurance Company

21
Dated:  May 13, 2015          **SELMAN BREITMAN LLP**
         */s/ Joshua S. Leach (Authorized on 5/13/15)___*

22
         Joshua S. Leach, Esq.

23
         Counsel for Defendant Everest National
         Insurance Company

24
25
26
27
28

2

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   DATED:  <u>May 14, 2015</u>                           _____
                                            Honorable Haywood S. Gilliam, Jr.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the City of Los Angeles, County of Los Angeles in the State of California. I am over the age of 18 and am not a party to the within action.  My business address is 444 South Flower Street, Suite 2300, Los Angeles, California 90071.   On ***May 13, 2015***, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **STIPULATION TO DISMISS DEFENDANT EVEREST NATIONAL INSURANCE COMPANY UNDER FRCP RULE 41(a)(1); [PROPOSED] ORDER**

☐   (BY MAIL) I confirm that each such envelope, with postage thereon fully prepaid, has been or will be placed in the United States mail at Los Angeles, California.  I am readily familiar with the practice of The Aguilera Law Group, APLC, for collection and processing of correspondence and/or documents for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of the Aguilera Law Group, APLC, for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein have been or will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.  A confirmation of which is available upon request.

☒   **(BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT)   I certify that I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.**

☐   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.**

Executed on ***May 13, 2015***, at Los Angeles, California.

                        */s/ Judy Jaramillo*
                        Judy Jaramillo

CASE NO. CV-13-2047-HSG
STIPULATION TO DISMISS DEFENDANT EVEREST NATIONAL INSURANCE CO.